**FILED**

05/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0382

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0382

_____

ACORN INTERNATIONAL,

     Plaintiff and Appellant,

    v.

STATE OF MONTANA, by and through
SECRETARY OF STATE CHRISTI JACOBSON,

     Defendant and Appellee.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 15 2024